1008

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. RADCLIFF MOTOR COMPANY.

No. 438 Orig.

Circuit Court of Appeals, Eighth Circuit.

May 12, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Paul C. Sprinkle, of Kansas City, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and consent of respondent.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. A. E. SANDHAUS, Doing Business under the Trade Name of Great States Manufacturing Company.

No. 446 Orig.

Circuit Court of Appeals, Eighth Circuit.

Aug. 8, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

A. E. Margolin, of Kansas City, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement of order of Labor Board.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. STE. GENEVIEVE LIME AND QUARRY COMPANY.

No. 431 Orig.

Circuit Court of Appeals, Eighth Circuit.

April 7, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Bryan, Williams, Cave & McPheeters, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement of order of Labor Board.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SCHREIBER MILLING & GRAIN COMPANY.

No. 442 Orig.

Circuit Court of Appeals, Eighth Circuit.

May 23, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

O. W. Watkins, of St. Joseph, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement of order and stipulation of parties.